# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. DANIELS, JR., ) | |
| ) | Civil Action No. 06 - 741 |
| Petitioner, ) | |
| ) | |
| v. ) | Judge David S. Cercone / |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| HENRY WILSON, Superintendent, and THE ) | |
| DISTRICT ATTORNEY OF ALLEGHENY ) | |
| COUNTY and THE ATTORNEY GENERAL ) | |
| OF THE COMMONWEALTH OF PA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Petitioner in this habeas corpus action has requested that his Petition be stayed until his underlying Post-Conviction Relief Act ("PCRA") Petition filed with the state courts is concluded. His initial PCRA petition was denied by the trial court. However, on March 8, 2006, the Pennsylvania Supreme Court granted Petitioner's Petition for Allowance of Appeal. Respondent's concur that the present matter is appropriately delayed until the state court review of the PCRA petition is complete. This Court concurs. Therefore,

      **IT IS HEREBY ORDERED** that Request for Stay is **GRANTED.**

      **IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

November 1, 2006                                      s/Lisa Pupo Lenihan
Date                                                       Lisa Pupo Lenihan
                                                                  United States Magistrate Judge

cc: William Daniels, Jr.
DU - 7194
SCI LaBelle
P.O. Box 9999
LaBelle, PA 15450-0999

Counsel of record.