IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. DANIELS, JR., ) | |
| ) | Civil Action No. 06 – 741 |
| Petitioner, ) | |
| ) | District Judge David S. Cercone |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| HARRY E. WILSON, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM ORDER

Pending before the Court is a Motion for Relief from Judgment filed by Petitioner pursuant to Federal Rule of Civil Procedure 60(b)(2), (3) and/or (6).  (ECF No. 57.)  On April 26, 2022, the Magistrate Judge issued a Report and Recommendation ("R&R") wherein she recommended that Petitioner's Motion be dismissed for lack of jurisdiction as an unauthorized second or successive petition.  (ECF No. 58.)  Petitioner filed timely Objections to the R&R on May 12, 2022.  (ECF No. 60.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must make a *de novo* determination of those portions of the R&R to which objections were made.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The Court may also recommit the matter to the magistrate judge with instructions.

After consideration of the R&R as well as *de novo* review of Petitioner's Objections thereto, the Court finds that the Objections do not undermine the Magistrate Judge's recommendation.  Accordingly, the following Order is now entered.

1

**AND NOW** this 30th day of June, 2022,

**IT IS HEREBY ORDERED** that Petitioner's Objections (ECF No. 60) are overruled and the R&R dated April 26, 2022 (ECF No. 58) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Relief from Judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(2), (3) and/or (6) (ECF No. 57) is **DISMISSED** for lack of jurisdiction as an unauthorized second or successive petition for writ of habeas corpus.

**AND IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

S/David Stewart Cercone
David Stewart Cercone
United States District Judge

Cc: William M. Daniels, Jr.
DU-7194
SCI Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA  16239

Counsel of record
(Via CM/ECF electronic mail)